

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00235-CV

IN THE INTEREST OF H.E.M., A
CHILD

### NO. 02-13-00236-CV

IN THE INTEREST OF D.L.M., A
CHILD

------------

### FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's unopposed "Motion To Dismiss Appeal" filed for each of the above referenced appeals. It is the court's opinion that the motions should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: July 25, 2013

------------

[1]*See* Tex. R. App. P. 47.4.